# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT A. BONZANI | § | Case No. 16-27371 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/25/2016. The undersigned trustee was appointed on 08/25/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   138,436.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 1,838.43 |
   | Bank service fees | 1,548.55 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 135,049.02 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/24/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,171.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,171.80 , for a total compensation of $ 10,171.80 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 42.78 , for total expenses of $ 42.78 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/14/2018         By:/s/Peter N. Metrou, Trustee
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-27371 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ROBERT A. BONZANI | | | | Date Filed (f) or Converted (c): | 08/25/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/19/2016 |
| For Period Ending: | 03/14/2018 | | | | Claims Bar Date: | 05/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19670 TOWNLINE ROAD MOKENA IL 60448-0000 WILL | 950,000.00 | 950,000.00 | | 0.00 | FA |
| 2. 2009 LINCOLN MKS MILEAGE: 112,000 -KELLEY BLUE BOOK | 6,000.00 | 6,395.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD | 6,500.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS ELECTRONICS | 800.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, ART, COMIC BOOKS | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. EVERYDAY APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. RING | 800.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 9. CHASE - 0708 | 300.00 | 0.00 | | 0.00 | FA |
| 10. TINLEY WOODS SURGERY CENTER | 30,000.00 | 0.00 | | 30,000.00 | FA |
| 11. UNITED UROLOGY CENTER | 138,000.00 | 0.00 | | 108,436.00 | FA |
| 12. STATE FARM | 5,654.00 | 0.00 | | 0.00 | FA |
| 13. E TRADE | 4,356.00 | 0.00 | | 0.00 | FA |
| 14. E TRADE | 20.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,151,030.00 | $956,395.00 | | $138,436.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed Motion 2004 Exam of Debtor 2/3/2017 see Dkt# 47. Filed Mt 2004 Exam of Robert Ladniak on 2/3/2017 see DKt#48. Filed Motion 2004 Exam Debtor 2/3/2017 see Dkt# 49. 2/14/2017 Liquidation of Membership interest is Tinley Woods, LLC. Filed Motion to Extend 727 Objection Deadline on 3/6/17 see Dkt# 59. Filed Motion to Employ Accountant on 3/10/17 see Dkt# 60. Filed Motion to Settle liquidation of membership interest in United Urology Centers LLC 4/7/17 see Dkt# 61. File final tax returns for estate 7/24/2017 with prompt determination requests. Claims review in progress 11/3/2017. Claim issues regarding security and priority claims which Trustee is negotiating with creditors 12/15/2018.

Initial Projected Date of Final Report (TFR): 03/01/2018    Current Projected Date of Final Report (TFR): 03/01/2018    Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-27371 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ROBERT A. BONZANI | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5850 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8622 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/14/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 10 | Tinley Woods<br>18200 LaGrange Road<br>Tinley Park, IL 60487 | Divestiture liquidation of Tinley Woods LLC Interest<br>Schedule B Tinley Woods liquidation | 1129-000 | $30,000.00 | | $30,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.58 | $29,978.42 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.56 | $29,933.86 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.07 | $29,890.79 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.43 | $29,846.36 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.94 | $29,803.42 |
| 07/11/17 | 11 | United Urology Centers, LLC<br>9825 Spectrum Drive<br>Building 3<br>Austin, TX 78717 | Court Approved liquidation<br>See Dckt# 67 | 1129-000 | $108,436.00 | | $138,239.42 |
| 07/24/17 | 1001 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL  62794-9035 | Final Estate Tax Return (State)<br>2017 Return | 2820-000 | | $1,781.00 | $136,458.42 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.49 | $136,304.93 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.72 | $136,102.21 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.83 | $135,906.38 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.04 | $135,704.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*       Page Subtotals:       $138,436.00       $2,731.66

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-27371 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROBERT A. BONZANI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5850 |
| | Checking |
| Taxpayer ID No: XX-XXX8622 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.25 | $135,509.09 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.46 | $135,307.63 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.18 | $135,106.45 |
| 02/08/18 | 1002 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $57.43 | $135,049.02 |

| | | |
|---|---|---|
| COLUMN TOTALS | $138,436.00 | $3,386.98 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $138,436.00 | $3,386.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $138,436.00 | $3,386.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*         Page Subtotals:         $0.00    $655.32

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5850 - Checking | $138,436.00 | $3,386.98 | $135,049.02 |
| | $138,436.00 | $3,386.98 | $135,049.02 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $138,436.00 |
| Total Gross Receipts: | $138,436.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-27371  
Debtor Name: ROBERT A. BONZANI  
Claims Bar Date: 5/24/2017  

Date: March 14, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,171.80 | $10,171.80 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $42.78 | $42.78 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,781.00 | $1,781.00 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,096.50 | $1,096.50 |
| 3 280 5800 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $74,534.82 | $74,534.82 |
| 1 300 7100 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| 2 300 7100 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $54,218.00 | $54,218.00 |
| 4 300 7100 | S & F NO. 2, INC.<br>C/O JOHN M GALICH ESQ<br>10075 W LINCOLN HWY<br>FRANKFORT, IL 60423 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $92,795.07 | $92,795.07 |
| 5 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $17,694.53 | $17,694.53 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-27371  Date: March 14, 2018
Debtor Name: ROBERT A. BONZANI
Claims Bar Date: 5/24/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 | SYNCHRONY BANK | Unsecured | | $0.00 | $959.27 | $959.27 |
| 300 | C/O PRA RECEIVABLES | Payment Status: | | | | |
| 7100 | MANAGEMENT, LLC | Valid To Pay | | | | |
| | PO BOX 41021 | | | | | |
| | NORFOLK VA 23541 | | | | | |
| | Case Totals | | | $0.00 | $268,293.77 | $268,293.77 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-27371
Case Name: ROBERT A. BONZANI
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 135,049.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 10,171.80 | $ 0.00 | $ 10,171.80 |
| Trustee Expenses: Peter N. Metrou | $ 42.78 | $ 0.00 | $ 42.78 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,096.50 | $ 0.00 | $ 1,096.50 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 1,781.00 | $ 1,781.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,311.08 |
| Remaining Balance | $ 123,737.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 74,534.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | PHYLLIS SPORLEIN | $ 74,534.82 | $ 0.00 | $ 74,534.82 |
| | Total to be paid to priority creditors | | | $ 74,534.82 |
| | Remaining Balance | | | $ 49,203.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 180,666.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHYLLIS SPORLEIN | $ 15,000.00 | $ 0.00 | $ 4,085.13 |
| 2 | PHYLLIS SPORLEIN | $ 54,218.00 | $ 0.00 | $ 14,765.82 |
| 4 | S & F NO. 2, INC. | $ 92,795.07 | $ 0.00 | $ 25,271.97 |
| 5 | AMERICAN EXPRESS BANK, FSB | $ 17,694.53 | $ 0.00 | $ 4,818.96 |
| 6 | SYNCHRONY BANK | $ 959.27 | $ 0.00 | $ 261.24 |
| | Total to be paid to timely general unsecured creditors | | | $ 49,203.12 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE