# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT A. BONZANI | § | Case No. 16-27371 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on April 13, 2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/16/2018          By: /s/ Peter N. Metrou
                                      Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 16-27371 |
| | ) CHAPTER 7 |
| Robert A. Bonzani | ) |
|    Debtor(s). | ) JUDGE PAMELA HOLLIS |
| | ) (Joliet) |

## NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 16th day of March, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                      */s/ Peter N. Metrou*
                                      **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

SERVICE LIST

**Via First-Class Mail**

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

First Midwest Bank
c/o Capadona Law Firm, Ltd.
360 W. Butterfield Road, Suite 300
Elmhurst, IL 60126-5040

First Midwest Bank/na
300 N Hunt Club Rd
Gurnee, IL 60031-2502

First Savings Bank of Hegewisch
c/o Codilis and Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

First Savings Bank Of
13220 Baltimore Avenue
Chicago, IL 60633-1493

IC Systems, Inc
444 Highway 96 East
St Paul, MN 55127-2557

Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606-6914

Vision Financial Servi
1900 W Severs Rd
La Porte, IN 46350-7855

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Phyllis Sporlein
C/o Mark Ellis
Law Office of Edward Jaquays
5 West Jefferson Street
Joliet, IL 60432-4428

Robert A. Bonzani
19670 Townline Road
Mokena, IL 60448-8708

S & F No. 2, Inc.
c/o John M Galich Esq
10075 W Lincoln Hwy
Frankfort, IL 60423-1272

Synchrony Bank/Sams Club
Po Box 965064
Orlando, FL 32896-5064

The Law Office of Edward R. Jaquays
Five West Jefferson Street
Suite 200
Joliet, IL 60432-4409

**Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873

Thomas W Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423-1272

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
ROBERT A. BONZANI § Case No. 16-27371
 §
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 138,436.00 |
| and approved disbursements of | $ | 3,386.98 |
| leaving a balance on hand of[1] | $ | 135,049.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 10,171.80 | $ 0.00 | $ 10,171.80 |
| Trustee Expenses: Peter N. Metrou | $ 42.78 | $ 0.00 | $ 42.78 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,096.50 | $ 0.00 | $ 1,096.50 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 1,781.00 | $ 1,781.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 11,311.08 |
| Remaining Balance | $ | 123,737.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 74,534.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | PHYLLIS SPORLEIN | $ 74,534.82 | $ 0.00 | $ 74,534.82 |
| | Total to be paid to priority creditors | | | $ 74,534.82 |
| | Remaining Balance | | | $ 49,203.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 180,666.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHYLLIS SPORLEIN | $ 15,000.00 | $ 0.00 | $ 4,085.13 |
| 2 | PHYLLIS SPORLEIN | $ 54,218.00 | $ 0.00 | $ 14,765.82 |
| 4 | S & F NO. 2, INC. | $ 92,795.07 | $ 0.00 | $ 25,271.97 |
| 5 | AMERICAN EXPRESS BANK, FSB | $ 17,694.53 | $ 0.00 | $ 4,818.96 |
| 6 | SYNCHRONY BANK | $ 959.27 | $ 0.00 | $ 261.24 |
| | Total to be paid to timely general unsecured creditors | | | $ 49,203.12 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Peter N. Metrou
                 Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.