# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT A. BONZANI | § | Case No. 16-27371 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 954,200.00                Assets Exempt: 28,830.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 123,737.94        Claims Discharged
                                                     Without Payment: 1,291,535.14

Total Expenses of Administration: 14,698.06

---

3) Total gross receipts of $ 138,436.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 138,436.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 904,518.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,698.06 | 14,698.06 | 14,698.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 74,534.82 | 74,534.82 | 74,534.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 255,553.39 | 180,666.87 | 180,666.87 | 49,203.12 |
| **TOTAL DISBURSEMENTS** | $ 1,160,071.39 | $ 269,899.75 | $ 269,899.75 | $ 138,436.00 |

4) This case was originally filed under chapter 7 on 08/25/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2018          By: /s/Peter N. Metrou, Trustee
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TINLEY WOODS SURGERY CENTER | 1129-000 | 30,000.00 |
| UNITED UROLOGY CENTER | 1129-000 | 108,436.00 |
| **TOTAL GROSS RECEIPTS** | | **$138,436.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na, 300 N Hunt Club Rd Gurnee, IL 60031 | | 199,688.00 | NA | NA | 0.00 |
| | First Savings Bank Of, 13220 Baltimore Avenue Chicago, IL 60633 | | 704,830.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 904,518.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 10,171.80 | 10,171.80 | 10,171.80 |
| Peter N. Metrou | 2200-000 | NA | 42.78 | 42.78 | 42.78 |
| International Sureties Ltd. | 2300-000 | NA | 57.43 | 57.43 | 57.43 |
| Associated Bank | 2600-000 | NA | 1,548.55 | 1,548.55 | 1,548.55 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,781.00 | 1,781.00 | 1,781.00 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,096.50 | 1,096.50 | 1,096.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,698.06 | $ 14,698.06 | $ 14,698.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 3 | PHYLLIS SPORLEIN | 5800-000 | NA | 74,534.82 | 74,534.82 | 74,534.82 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 74,534.82 | $ 74,534.82 | $ 74,534.82 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex, Correspondence Po Box 981540 El Paso, TX 79998 | | 18,136.00 | NA | NA | 0.00 |
| | Check Systems, Inc., Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC, P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian, P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest Bank, c/o Capadona Law Firm, Ltd. 360 W. Butterfield Road, Suite 300 Elmhurst, IL 60126 |  | 170,147.00 | NA | NA | 0.00 |
|  | IC Systems, Inc, 444 Highway 96 East St Paul, MN 55127 |  | 61.00 | NA | NA | 0.00 |
|  | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 |  | 480.00 | NA | NA | 0.00 |
|  | Synchrony Bank/Sams Club, Po Box 965064 Orlando, FL 32896 |  | 556.00 | NA | NA | 0.00 |
|  | The Law Office of Edward R. Jaquays, Five West Jefferson Street Suite 200 Joliet, IL 60432 |  | 66,023.39 | NA | NA | 0.00 |
|  | TransUnion Consumer Solutions, P.O. Box 2000 Chester, PA 19022-2002 |  | 0.00 | NA | NA | 0.00 |
|  | Vision Financial Servi, 1900 W Severs Rd La Porte, IN 46350 |  | 150.00 | NA | NA | 0.00 |
| 5 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 17,694.53 | 17,694.53 | 4,818.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PHYLLIS SPORLEIN | 7100-000 | NA | 15,000.00 | 15,000.00 | 4,085.13 |
| 2 | PHYLLIS SPORLEIN | 7100-000 | NA | 54,218.00 | 54,218.00 | 14,765.82 |
| 4 | S & F NO. 2, INC. | 7100-000 | NA | 92,795.07 | 92,795.07 | 25,271.97 |
| 6 | SYNCHRONY BANK | 7100-000 | NA | 959.27 | 959.27 | 261.24 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 255,553.39 | $ 180,666.87 | $ 180,666.87 | $ 49,203.12 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-27371 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT A. BONZANI | | | | Date Filed (f) or Converted (c): | 08/25/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/19/2016 |
| For Period Ending: | 06/25/2018 | | | | Claims Bar Date: | 05/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19670 TOWNLINE ROAD MOKENA IL 60448-0000 WILL | 950,000.00 | 950,000.00 | | 0.00 | FA |
| 2. 2009 LINCOLN MKS MILEAGE: 112,000 -KELLEY BLUE BOOK | 6,000.00 | 6,395.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD | 6,500.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS ELECTRONICS | 800.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, ART, COMIC BOOKS | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. EVERYDAY APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. RING | 800.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 9. CHASE - 0708 | 300.00 | 0.00 | | 0.00 | FA |
| 10. TINLEY WOODS SURGERY CENTER | 30,000.00 | 0.00 | | 30,000.00 | FA |
| 11. UNITED UROLOGY CENTER | 138,000.00 | 0.00 | | 108,436.00 | FA |
| 12. STATE FARM | 5,654.00 | 0.00 | | 0.00 | FA |
| 13. E TRADE | 4,356.00 | 0.00 | | 0.00 | FA |
| 14. E TRADE | 20.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,151,030.00   $956,395.00   $138,436.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed Motion 2004 Exam of Debtor 2/3/2017 see Dkt# 47. Filed Mt 2004 Exam of Robert Ladniak on 2/3/2017 see DKt#48. Filed Motion 2004 Exam Debtor 2/3/2017 see Dkt# 49. 2/14/2017 Liquidation of Membership interest is Tinley Woods, LLC. Filed Motion to Extend 727 Objection Deadline on 3/6/17 see Dkt# 59. Filed Motion to Employ Accountant on 3/10/17 see Dkt# 60. Filed Motion to Settle liquidation of membership interest in United Urology Centers LLC 4/7/17 see Dkt# 61. File final tax returns for estate 7/24/2017 with prompt determination requests. Claims review in progress 11/3/2017. Claim issues regarding security and priority claims which Trustee is negotiating with creditors 12/15/2018.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Initial Projected Date of Final Report (TFR): 03/01/2018     Current Projected Date of Final Report (TFR): 03/01/2018     Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-27371  
Case Name: ROBERT A. BONZANI  
Taxpayer ID No: XX-XXX8622  
For Period Ending: 06/25/2018  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5850  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 10 | Tinley Woods<br>18200 LaGrange Road<br>Tinley Park, IL 60487 | Divestiture liquidation of Tinley Woods LLC Interest<br>Schedule B Tinley Woods liquidation | 1129-000 | $30,000.00 | | $30,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.58 | $29,978.42 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.56 | $29,933.86 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.07 | $29,890.79 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.43 | $29,846.36 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.94 | $29,803.42 |
| 07/11/17 | 11 | United Urology Centers, LLC<br>9825 Spectrum Drive<br>Building 3<br>Austin, TX 78717 | Court Approved liquidation<br>See Dckt# 67 | 1129-000 | $108,436.00 | | $138,239.42 |
| 07/24/17 | 1001 | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19053<br>Springfield, IL 62794-9035 | Final Estate Tax Return (State)<br>2017 Return | 2820-000 | | $1,781.00 | $136,458.42 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $153.49 | $136,304.93 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.72 | $136,102.21 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.83 | $135,906.38 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $202.04 | $135,704.34 |

Page Subtotals: $138,436.00 $2,731.66

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-27371
Case Name: ROBERT A. BONZANI
Taxpayer ID No: XX-XXX8622
For Period Ending: 06/25/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5850
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.25 | $135,509.09 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.46 | $135,307.63 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.18 | $135,106.45 |
| 02/08/18 | 1002 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $57.43 | $135,049.02 |
| 04/16/18 | 1003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Final distribution representing a payment of 100.00 % per court order. | | | $10,214.58 | $124,834.44 |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. ($10,171.80) | 2100-000 | | | |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. ($42.78) | 2200-000 | | | |
| 04/16/18 | 1004 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,096.50 | $123,737.94 |
| 04/16/18 | 1005 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $74,534.82 | $49,203.12 |
| 04/16/18 | 1006 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Final distribution to claim 1 representing a payment of 27.23 % per court order. | 7100-000 | | $4,085.13 | $45,117.99 |

Page Subtotals: $0.00    $90,586.35

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-27371 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROBERT A. BONZANI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5850 |
| | Checking |
| Taxpayer ID No: XX-XXX8622 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/25/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/18 | 1007 | PHYLLIS SPORLEIN<br>C/O MARK ELLIS<br>LAW OFFICE OF EDWARD JAQUAYS<br>5 WEST JEFFERSON STREET<br>JOLIET, IL 60432 | Final distribution to claim 2 representing a payment of 27.23 % per court order. | 7100-000 | | $14,765.82 | $30,352.17 |
| 04/16/18 | 1008 | S & F NO. 2, INC.<br>C/O JOHN M GALICH ESQ<br>10075 W LINCOLN HWY<br>FRANKFORT, IL 60423 | Final distribution to claim 4 representing a payment of 27.23 % per court order. | 7100-000 | | $25,271.97 | $5,080.20 |
| 04/16/18 | 1009 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 5 representing a payment of 27.23 % per court order. | 7100-000 | | $4,818.96 | $261.24 |
| 04/16/18 | 1010 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Final distribution to claim 6 representing a payment of 27.23 % per court order. | 7100-000 | | $261.24 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $138,436.00 | $138,436.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $138,436.00 | $138,436.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $138,436.00 | $138,436.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*   Page Subtotals: $0.00   $45,117.99

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5850 - Checking | $138,436.00 | $138,436.00 | $0.00 |
|  | $138,436.00 | $138,436.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $138,436.00 |
| Total Gross Receipts: | $138,436.00 |